Entered on Docket May 8, 2020

**Below is the Order of the Court.**



_____
**Marc Barreca
U.S. Bankruptcy Judge**



(Dated as of Entered on Docket date above)

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

MICHAEL HENNESSEY, III,

    Debtor(s).

Case No.: 18-12660

ORDER RE MOTION FOR APPROVAL OF SALE OF REAL PROPERTY

    This matter having come before the Court, upon the debtor's Motion for Approval of Sale of Real Property being fully advised in the premises and good cause appearing,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1) The debtor's Motion is granted;

2) The debtor is authorized to sell the property located at 9693 Crest Drive, Blaine, WA 98230 for $400,000.00;

Order Re Motion for Approval of Sale of Real Property

1904 Wetmore Ave., Suite 200
Everett, WA 98201
P 425.212.4800 ‖ F 425.212.4802

**Neeleman Law Group**

3) That the proceeds of the sale shall be distributed as follows:

   a. Payment to county for real estate taxes owed through the closing of this transaction.

   b. The mortgage will be paid in full from the closing agent. The closing agent shall pay the lien based on an unexpired payoff quote. If the amount is not paid in full, creditor must agree in writing to the terms of any approved short sale.

   c. The lien of Washington Department of Social and Health Services will be paid in full from the sales proceeds.

   d. Payment in full of all fees and costs associated with the sale including real estate commissions and costs.

   e. All typical and customary closing costs and expenses including but not limited to title insurance, recording fees and excise taxes.

   f. Any miscellaneous charges including but not limited to Property taxes and any delinquent utility charges.

   g. To the Chapter 13 Trustee in the amount of $8,650.00 to pay adminsitrtavie fees and any remaining balance shall be disbursed pursuant to the debtor's plan. The agent shall include the debtor's name and case number (18-12660) on the form of payment. The payment should be mailed to **Chapter 13 Trustee, PO Box 2139, Memphis, TN 38101-2139.**

   h. Any remaining funds will be paid to the debtor.

Order Re Motion for Approval of Sale of Real Property

1904 Wetmore Ave., Suite 200  
Everett, WA 98201  
P 425.212.4800 ‖ F 425.212.4802

**Neeleman Law Group**

Case 18-12660-MLB    Doc 137    Filed 05/08/20    Ent. 05/08/20 12:02:02    Pg. 2 of 3

4) Upon closing, the closing agent shall provide a Final Closing Disclosure Statement to debtor's counsel at eneeleman@expresslaw.com.

5) That this order is effective immediately and the 14 day appeal and stay periods have been waived.

//END OF ORDER//

Presented by:

*/s/ Thomas D. Neeleman*
Thomas D. Neeleman
WSBA # 33980
1904 Wetmore Ave., Suite 200
Everett, WA 98201
Telephone (425) 212-4800


NO OBJECTION:

/s/ Jason Wilson-Aguilar (approved via email)
Chapter 13 Trustee

Order Re Motion for Approval of Sale of Real Property

1904 Wetmore Ave., Suite 200
Everett, WA 98201
P 425.212.4800 || F 425.212.4802

**Neeleman Law Group**

Case 18-12660-MLB    Doc 137    Filed 05/08/20    Ent. 05/08/20 12:02:02    Pg. 3 of 3